IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUIDO IVAN RIOS PORRAS,**<br>    Petitioner,<br><br>v.<br><br>**DAVID O'NEILL, KRISTI NOEM, PAMELA BONDI, AND JAMAL L. JAMISON,**<br>    Respondents. | CIVIL ACTION<br><br><br><br><br>NO. 25-6801 |

# O R D E R

**AND NOW**, this 4th day of December, 2025, upon consideration of the Emergency Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Petitioner shall make immediate and proper service of the Emergency Petition (ECF No. 1) and this Order on Respondents.

2. Respondents shall not transfer Petitioner without further order of the Court.

3. Respondents shall respond to the Emergency Petition by **Tuesday, December 9, 2025, at 12:00 p.m.**

**IT IS FURTHER ORDERED** that a hearing on said Petition shall take place on **Wednesday, December 17, 2025 at 10:00 a.m.** in Courtroom 10-A of 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, C.J.**