## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUIDO IVAN RIOS PORRAS | : | |
| | : | |
| *Petitioner*, | : | |
| v. | : | CASE NO. 2:25-cv-06801-WB |
| | : | |
| DAVID ONEILL, ET AL. | : | |
| | : | |
| *Respondents.* | : | |

### STIPULATION AND ORDER

Petitioner Guido Ivan Rios Porras is non-citizen who has been detained by immigration authorities since December 1, 2025. Petitioner filed this action for a writ of habeas corpus on December 3, 2025 (Petition) (ECF No. 1). Pursuant to the Court's Order (ECF No. 2), the respondents are to file a response to the Petition on or before Tuesday, December 9, 2025, at 12 P.M. *Id.* The Court further ordered oral argument to occur on December 17, 2025. *Id.*

To expeditiously resolve the Petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the Petition be decided on the papers at the Court's earliest convenience.

Accordingly, upon the Court's review and approval of the parties' stipulation, it is hereby **SO ORDERED**:

Oral argument scheduled for December 17, 2025 is cancelled; and

The Court will decide the petition on the papers.

Dated: December 5, 2025                    Respectfully submitted,

                                           DAVID METCALF
                                           United States Attorney

/s/Christopher M. Casazza
CHRISTOPHER M. CASAZZA
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
Office: (215) 576-9000
Email: Chris@piclaw.com

*Counsel for Petitioner*

/s/ Monique M. Galloway
MONIQUE MYATT GALLOWAY
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8216
monique.galloway@usdoj.gov

*Counsel for Respondents*

**BY THE COURT:**    12/9/2025

S/ WENDY BEETLSTONE

**WENDY BEETLSTONE, C.J.**