**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GUIDO IVAN RIOS PORRAS,** <br>                **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **DAVID O'NEILL, KRISTI NOEM,** <br> **PAMELA BONDI, AND JAMAL L.** <br> **JAMISON**, <br>            **Respondents.** | **NO.  25-6801** |

## O R D E R

    **AND NOW**, this 22nd day of December, 2025, upon consideration of Petitioner Rios Porras's Emergency Petition for Writ of Habeas Corpus (ECF Nos. 1, 6), and Respondents response thereto (ECF No. 4), **IT IS HEREBY ORDERED** as follows:

1. Rios Porras's Petition is **GRANTED**;

2. The Government shall **RELEASE** Rios Porras from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **12:00 p.m. ET on December 24, 2025**;

3. The Government is temporarily enjoined from re-detaining Rios Porras for seven days following his release from custody;

4. If the Government chooses to pursue re-detention Rios Porras after that seven-day period, it must first provide him with a bond pursuant to 8 U.S.C. § 1226(a); and

5. Pending the ordered bond hearing, the Government **SHALL NOT** remove, transfer, or otherwise facilitate the removal of Rios Porras from the Commonwealth of Pennsylvania.  If the Immigration Judge determines that Rios Porras is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission of the Court to move Rios Porras if unforeseen or emergency circumstances arise that require

him to be removed.  Any such request must include an explanation for the request as well as a proposed destination.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**
_____

**WENDY BEETLESTONE, C.J.**